# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **NEODRON, LTD.,** *Plaintiff* | § § § |
| | §   A-19-CV-00819-ADA |
| **-v-** | § § |
| **DELL TECHNOLOGIES, INC.,** *Defendant* | § § § |

## ORDER CONSOLIDATING CASES

This case appears to be related to *Neodron Ltd v. HP Inc.* (1:19-cv-00873), *Neodron Ltd v. Microsoft Corp.* (1:19-cv-00874), *Neodron Ltd v. Amazon.com, Inc.* (1:19-cv-00898), and *Neodron Ltd v. Samsung Elecs. Co., Ltd.* (1:19-cv-00903). As such, the interests of justice and convenience of the parties are best served by consolidating the actions. Accordingly, it is

**ORDERED** that **1:19-cv-00873**, **1:19-cv-00874**, **1:19-cv-00898**, and **1:19-cv-00903** be consolidated under this case.

The Clerk of the Court is directed to consolidate **1:19-cv-00819, 1:19-cv-00873, 1:19-cv-00874, 1:19-cv-00898,** and **1:19-cv-00903**, where **1:19-cv-00819** is the lead case.

**SIGNED** this 20th day of December, 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE