**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| NEODRON LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>DELL TECHNOLOGIES INC.,<br><br>          Defendant. | Case No. 1:19-cv-00819-ADA |
| NEODRON LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>HP, INC.,<br><br>          Defendant. | Case No.  1:19-cv-00873-ADA |
| NEODRON LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>          Defendant. | Case No.  1:19-cv-00874-ADA |
| NEODRON LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>          Defendant. | Case No.  1:19-cv-00898-ADA |

| | |
|---|---|
| NEODRON LTD.,<br><br>    Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendant. | Case No.  1:19-cv-00903-ADA |

**JOINT NOTICE REGARDING JANUARY 7, 2020 TELEPHONIC HEARING**

The parties in Case Nos. 1:19-cv-00819, 1:19-cv-00873, 1:19-cv-00874, 1:19-cv-00898, and 1:19-cv-00903 (the "Neodron WDTX-2 Cases") have narrowed their differences and hereby notify the Court of:  (1) their agreement on the procedures for  a consolidated two-day *Markman* hearing, and (2) their respective positions on coordination versus consolidation post-*Markman*.

1. **Markman Procedures**.  During the recent CMC for the Neodron WDTX-2 Cases, the Court set these cases for a consolidated two-day Markman hearing on June 25 and 26, 2020.  There are 13 total patents asserted by Neodron in the Neodron WDTX-2 Cases.  The 13 patents are not asserted against all defendants, including several asserted against only a small subset of defendants.  However, to promote efficiency, the parties have agreed to group the patents by the following general technology categories for purposes of *Markman* briefing and argument.

  a. The parties agree to group the patents as follows:

    **i. Group 1 – Touch Sensor:**

     1. 9,965,106

     2. 8,946,574

3. 9,086,770

4. 9,823,784

5. 10,088,960

6. 7,821,502

    ii. **Group 2 – Touch Circuitry**:

1. 8,847,898

2. 8,610,009

3. 9,489,072

    iii. **Group 3 – Touch Processing**:

1. 8,451,237

2. 8,502,547

3. 8,102,286

4. 10,365,747

b. The parties agree to consolidate briefing and argument according to the patent groupings above, wherein the defendants will join in a consolidated brief with respect to each patent asserted against a given defendant.

c. The parties agree that the following page limits will apply to the consolidated briefs, which will be simultaneously filed for each patent grouping on the dates set forth in the Court's Scheduling Order:

    i. Opening Briefs:

1. Group 1: 48 pages

2. Group 2:  24 pages

3. Group 3:  32 pages

      ii. Responsive Briefs:

          1. Group 1: 48 pages

          2. Group 2: 24 pages

          3. Group 3: 32 pages

      iii. Reply Briefs:

          1. Group 1: 24 pages

          2. Group 2: 12 pages

          3. Group 3: 16 pages

The parties agree they may seek leave of the Court to expand these page limits upon a showing of good cause.

    d. The parties intend to structure oral argument according to the above patent groupings. Unless the Court prefers some other procedure, the parties will begin oral argument for each grouping with any technology tutorials relevant to that patent grouping.

    e. The parties also have agreed to a schedule for the events leading up to the *Markman* and have attached that agreed schedule as Exhibit A. For the defendants, the dates set forth in Exhibit A after the *Markman* hearing assume coordination and not consolidation, which is discussed further immediately below.

  2. **Post-Markman Procedures**.

                **DEFENDANTS POSITION**

    Defendants contend that, because the patents asserted in the Neodron WDTX-2 Cases differ widely across the defendants, formal consolidation following the *Markman* hearing will be problematic and cause unnecessary complications. For these reasons, defendants object to

consolidating these cases, including for pretrial purposes. However, the defendants do agree that coordination post-*Markman* is appropriate and will agree to proceed as follows:

      a. The parties will each have 45 total hours of fact depositions per side, per individual case, a decrease from the Court's default 75-hour limit. Interpreted depositions will be counted as 75% of the actual time. This limit includes third-party depositions as well.

      b. Defendants will coordinate depositions of Neodron or Neodron affiliated witnesses, including by endeavoring to schedule such depositions on dates when all interested parties can attend and question the witness. The defendants also will coordinate to minimize repetitive or duplicative examination on common issues.

      c. The defendants also will coordinate any depositions of inventors, prior art witnesses and other third parties who may have information relevant to multiple parties.

      d. The defendants oppose common interrogatories as unworkable given the fact that different patents are asserted against different parties in several different cases. For the same reason, defendants oppose Neodron's proposed unilateral limit on the Rule 30(b)(6) deposition of Neodron, which would effectively limit each defendant to just two hours.

## **NEODRON'S POSITION**

Neodron believes that consolidation is appropriate under the circumstances here. In addition to the items identified by Defendants, Neodron proposes the following additional procedures post-*Markman*:

      e. For Neodron's 30(b)(6) deposition, the defendants will be limited to a time limit of 7 hours plus 1 additional hour for each remaining defendant in the consolidated cases (e.g., 6 defendants equals 13 hours deposition time).

    f. The parties shall be limited to 20 common interrogatories per side in the consolidated cases. For each individual case, each side may propound an additional 15 interrogatories.

Dated: January 6, 2020        Respectfully submitted,

                */s/ John M. Guaragna*
                Michael J. Newton (TX Bar No. 24003844)
                Brady Cox (TX Bar No. 24074084)
                **ALSTON & BIRD LLP**
                2200 Ross Avenue, Suite 2300
                Dallas, Texas 75201
                Phone: (214) 922-3400
                Fax: (214) 922-3899
                mike.newton@alston.com
                brady.cox@alston.com

                Charles A. Naggar (admitted *pro hac vice*)
                NY Bar No. 5356449
                **ALSTON & BIRD LLP**
                90 Park Avenue, 15th Floor
                New York, NY 11230
                Phone: (212) 210-9400
                Fax: (212) 210-9444
                charles.naggar@alston.com

                John M. Guaragna (TX Bar No. 24043308)
                Brian K. Erickson (TX Bar No. 24012594)
                **DLA PIPER LLP (US)**
                401 Congress Avenue, Suite 2500
                Austin, TX 78701-3799
                Phone: 512.457.7000
                Fax: 512.457.7001
                john.guaragna@dlapiper.com
                brian.erickson@dlapiper.com

                Sean C. Cunningham *(*admitted *pro hac vice)*
                CA Bar No. 98895
                Erin Gibson *(*admitted *pro hac vice)*
                CA Bar No. 229305
                Robert Williams *(*admitted *pro hac vice)*
                CA Bar No. 246990
                **DLA PIPER LLP (US)**
                401 B Street, Suite 1700
                San Diego, CA 92101-4297
                Phone: 619.699.2700

EAST\167953650.2

Fax: 619.699.2701
sean.cunningham@dlapiper.com
erin.gibson@dlapiper.com
robert.williams@dlapiper.com

*Attorneys for Defendant Dell Technologies, Inc.*


*/s/ John M. Guaragna*
John M. Guaragna (TX Bar No. 24043308)
Brian K. Erickson (TX Bar No. 24012594)
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Phone: 512.457.7000
Fax: 512.457.7001
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com

Sean C. Cunningham *(admitted pro hac vice)*
CA Bar No. 98895
Erin Gibson *(admitted pro hac vice)*
CA Bar No. 229305
Robert Williams *(admitted pro hac vice)*
CA Bar No. 246990
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone: 619.699.2700
Fax: 619.699.2701
sean.cunningham@dlapiper.com
erin.gibson@dlapiper.com
robert.williams@dlapiper.com

*Attorneys for Defendant HP, Inc.*


*/s/ John M. Guaragna*
Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone:
(512) 263-2166 (Facsimile)

John M. Guaragna (TX Bar No. 24043308)
Brian K. Erickson (TX Bar No. 24012594)

**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Phone: 512.457.7000
Fax: 512.457.7001
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com

Sean C. Cunningham (*pro hac vice*)
Robert Williams *(pro hac vice)*
David R. Knudson *(pro hac vice)*
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone: 619.699.2700
Fax: 619.699.2701
david.knudson@dlapiper.com

Erik Fuehrer (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

*Attorneys for Defendant Microsoft Corporation*

*/s/ Reza Mirzaie (w/permission)*
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw
Philip X. Wang (CA SBN 262239)
pwang@raklaw.com
Neil A. Rubin (CA SBN 250761)
Email: nrubin@raklaw.com
Amy E. Hayden (CA SBN 287026)
Email: ahayden@raklaw.com
Shani Williams (SBN 274509)
Email: swilliams@raklaw.com
Kristopher R. Davis (IL SBN 6296190)
Email: kdavis@raklaw.com

- 8 -

Christian W. Conkle (CA SBN 306374)
Email: cconkle@raklaw.com
Kent N. Shum (CA SBN 259189)
Email: kshum@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Fax: (310) 826-6991

Matthew D. Aichele (VA SBN 77821)
Email: maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Maine Avenue, SW, Suite 200
Washington, DC 20024
Phone: (310) 826-7474
Fax: (310) 826-6991

***Attorneys for Plaintiff Neodron Ltd.***


*/s/ Nathan B. Sabri (w/permission)*
Stefani E. Shanberg (Texas Bar No. 24009955)
Nathan B. Sabri (admitted *pro hac vice*)
CA Bar No. 252216
Robin L. Brewer (admitted *pro hac vice*)
CA Bar No. 253686
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
sshanberg@mofo.com
nsabri@mofo.com
rbrewer@mofo.com

***Attorneys for Defendant AMAZON.COM, INC.***

/*s/ Marc J. Pensabene (w/permission)*
Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Nicholas J. Whilt (Cal. Bar No. 247738)
nwhilt@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

- 9 -

Marc J. Pensabene (N.Y. Bar No. 2656361)
mpensabene@omm.com
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

John C. Kappos
jkappos@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: 949-823-6900
Facsimile: 949-823-6994

Darin Snyder
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

***Attorneys for Defendant Samsung Electronics, Co., Ltd. and Samsung Electronics America, Inc.***

- 10 -

- 11 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

      */s/ John M. Guaragna*
      John M. Guaragna