# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| NEODRON, LTD. | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00819-ADA |
| | § | |
| DELL TECHNOLOGIES, INC. | § | |

## ORDER RESETTING MARKMAN HEARING

 IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** in Courtroom on the First Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, June 25, 2020 at 09:00 AM**.

 IT IS SO ORDERED this 8th day of June, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE