# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC., <br><br> Defendant. | Case No. 1:19-cv-00819-ADA |
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> HP, INC., <br><br> Defendant. | Case No. 1:19-cv-00873-ADA |
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 1:19-cv-00874-ADA |
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 1:19-cv-00898-ADA |

| | | |
|---|---|---|
| NEODRON LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendant. | | Case No. 1:19-cv-00903-ADA |

# JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Order Governing Proceedings - Patent Case (Dkt. 31) the parties submit this Joint Claim Construction Statement. The claim terms identified below as agreed upon or being in-dispute are found in U.S. Patent No. 7,821,502 (the "'502 Patent"), U.S. Patent No. 8,946,574 (the "'574 Patent"), U.S. Patent No. 10,088,960 ( the "'960 Patent"), U.S. Patent No. 9,086,770 (the "'770 Patent"), U.S. Patent No. 9,823,784 ( the "'784 Patent"), U.S. Patent No. 8,451,237 (the "'237 Patent"), U.S. Patent No. 8,502,547 (the "'547 Patent"), U.S. Patent No. 9,489,072 (the "'072 Patent"), U.S. Patent No. 8,102,286 (the "'286 Patent") and U.S. Patent No. 10,365,747 (the "'747 Patent").

**I. AGREED CONSTRUCTIONS, POINTS OF AGREEMENT, AND REQUEST FOR DETERMINATION AS PART OF *MARKMAN* PROCESS**

| | Claim Term | Patent(s) Claim(s) | Agreed Constructions[1] |
|---|---|---|---|
| 1 | "wherein the plurality of first electrodes are formed from a piece of conductive mesh by creating a plurality of cuts in the piece of conductive mesh" | '770 Patent Claim 7 | "product-by-process limitation, interpreted with its plain meaning" |
| 2 | "electrically coupled" | '502 Patent Claims 1-2, 5-8, | "connected with an electrical conductor" |

---

[1] The agreement on the constructions applies only to the parties against whom the patents are asserted.

| | | | |
|---|---|---|---|
| | | 11-14, 16 | |
| 3 | "sensing cells" | '502 Patent Claim 1-2, 5-8, 11-14, 16 | Plain and ordinary meaning, which is "sensing cells" |
| 4 | "key" | '286 Patent All claims | "a touchable portion of a mechanical to electrical transducing device that is non-bistable in nature. This term specifically excludes conventional mechanical switches in which two or more electrical conductors are moved into or away from contact with each other to make or break an electrical connection. A 'key' can also be a dimensional sensing surface such as an XY touch screen or a 'trackpad'" |
| 5 | "biased in favor of" | '286 Patent Claims 1, 9, 10, 21 | "biased or skewed in favor of, but not locked to" |
| 6 | "control logic" | '286 Patent Claims 1, 9 | Should be construed according to 35 U.S.C. § 112, para. 6

Function: detect a sensor value of an inactive key surpassing a sensor value of an active key by a select amount and assigning the inactive key as the active key, wherein the key assignment is biased in favor of the currently active key by [increasing/decreasing] sensor values of the [currently active/inactive] keys.

Corresponding Structure: microprocessor or microcontroller 18 programmed to execute the logical operations of figure 5A as described at 3:2-4, 5:49-55, 7:23-8:23, and 8:36-48, and equivalents thereof. |
| 7 | "sensing element" | '547 Patent Claim 1 | "physical electrical sensing element made of conductive substances" |
| 8 | "the substrate, with drive or sense electrodes of a touch sensor disposed on a first surface and a second surface of the substrate, the first surface being opposite the second surface, the drive or sense electrodes being made of a conductive mesh conductive material comprising metal" | '574 Patent Claims 1, 8 | Plain and ordinary meaning, which is "the substrate, having a first surface and a second surface opposite the first surface, with drive electrodes of a touch sensor disposed on one of the first or second surfaces and sense electrodes of the touch sensor disposed on the other surface opposite the drive electrodes, the drive or sense electrodes being made of a conductive mesh conductive material comprising metal." |
| 9 | "one or more of the following being true" | '960 Patent Claims 1, 9, 17 | For claim 1: either the claim elements at lines 37-45 or the claim elements at lines 46-60 must be true. |

|    |    |    | For claim 9: either the claim elements at lines 26-35 or the claim elements at lines 36-50 must be true. For claim 17: either the claim elements at lines 30-37 or the claim elements at lines 38-52 must be true. |
|----|----|----|----|
| 10 | "pitch" | '784 Patent Claims 1, 2, 3 | Plain and ordinary meaning, which is "distance from the center of one electrode to the center of an adjacent electrode" |
| 11 | "entering a detect mode as a function of whether the received signals are determined to be representative of a finger touch or a stylus touch," / "entering a detect mode as a function of whether the touch is interpreted as a finger touch or a stylus touch" / "enter a detect mode as a function of the type of touch determined" | '237 Patent Claims 1, 10, 16 | Plain and ordinary meaning, which is "entering a particular detect mode depending on whether the received signals are determined to be representative of a finger touch or a stylus touch." |
| 12 | "acquisition complete signal" / "sense acquisition complete signal" | '072 Patent Claims 1, 2, 3, 7, 9, 10, 11, 13 | Plain and ordinary meaning, which is "a signal indicating the completion of the sensor acquisition duty cycle" |
| 13 | "enter/entering a detect mode…" | '237 Patent Claims 1, 9, 10 | "entering a particular detect mode depending on whether the received signals are determined to be representative of a finger touch or a stylus touch" |
| 14 | "first variable resistance electrode" | '747 Patent Claims 10, 15, 16 | Plain and ordinary meaning, which is "first electrode in which the resistance of the material varies in relation to applied force" |
| 15 | "conductive mesh [of] conductive material" | '574 Patent Claims 1, 8, 15 | "conductive mesh of conductive material excluding transparent conductive materials such as indium tin oxide (ITO)" |
| 16 | "conductive mesh of conductive material" | '960 Patent Claims 1, 9, 17 | "conductive mesh of conductive material excluding transparent conductive materials such as indium tin oxide (ITO)" |
| 17 | "interconnecting mesh segments" | '960 Patent Claims 1, 9, 17 | "interconnecting lines of conductive electrode material forming a mesh pattern, instead of a continuous layer of conductive electrode material" |

## II. LIST OF DISPUTED CLAIM TERMS

|   | **Claim Term** | **Patent(s) Claim(s)** | **Plaintiff's Proposal** | **Defendants' Proposal** |
|---|---|---|---|---|
| 1 | "wherein the plurality of drive electrodes are substantially area filling within the sensing region relative to the plurality of sense electrodes" | '784 Patent Claims 1-3 | Plain and ordinary meaning; no construction necessary: "wherein the plurality of drive electrodes are substantially area filling within the sensing region relative to the plurality of sense electrodes." | Indefinite. |
| 2 | "together, the plurality of sense electrodes and the plurality of isolated conductive elements are substantially area filling within the sensing region relative to the plurality of sense electrodes" | '784 Patent Claims 1-3 | Plain and ordinary meaning; no construction necessary; "together, the plurality of sense electrodes and the plurality of isolated conductive elements are substantially area filling within the sensing region relative to the plurality of sense electrodes." | Indefinite. |
| 3 | "a substrate having a surface with an arrangement of electrodes mounted thereon" | '502 Patent Claims 1-2, 5-8, 11-14, 16 | Plain and ordinary meaning; no construction necessary: "a substrate having a surface with an arrangement of electrodes mounted thereon" | Plain and ordinary meaning, which is "a substrate having a side with an arrangement of electrodes mounted thereon" |

|   | **Claim Term** | **Patent(s) Claim(s)** | **Plaintiff's Proposal** | **Defendants' Proposal** |
|---|---|---|---|---|
| 4 | "sensing area" | '502 Patent Claims 1-2, 5-8, 11-14, 16 | "an area defined by the sensing cells" | "an area defined by the sensing electrodes" |
| 5* | "wherein row sensing electrodes of sensing cells at opposing ends of at least one of the rows are electrically coupled to one another by respective row wrap-around connections made outside of the sensing area" | '502 Patent Claims 1-2, 5-8, 11-14, 16 | Plain and ordinary meaning, which is "wherein row sensing electrodes of sensing cells at opposing ends of at least one of the rows are electrically coupled to one another by respective row wrap-around connections made outside of the sensing area" | Plain and ordinary meaning, which is "wherein row sensing electrodes of sensing cells at opposing ends of at least one of the rows are electrically coupled to one another by respective row wrap-around connections made outside of the sensing area" |
| 6 | "sensor value" | '286 Patent Clams 1, 3-5, 8-10, 12-13, 15-17, 20-21, 23-24 | Plain and ordinary meaning, which is "sensor signal value" | Plain and ordinary meaning: "value indicating the strength of the sensor signal" |

\* Defendants' statement: Although Neodron has indicated that it "no longer believes there is any meaningful dispute between the parties" and has agreed to adopt the claim language as its construction, Neodron has also represented that it has not changed its position on this term. Defendants therefore believe that the meaning of this term is still in dispute.

\* Neodron's statement: Based on Defendants' claim construction briefing, Neodron no longer believes there is any meaningful dispute between the parties on the plain meaning of this term. *See, e.g.*, Defs.' Resp. Br. at 25 ("a row wrap-around connection is a connection that wraps around a row…."); Defs.' Reply Br. at 20 ("the claim recites 'row wrap-around connections,' which requires a connection that wraps around the other electrodes in the row (i.e., the electrodes other than the two electrodes connected via the wrap-around connection."); Defs.' Resp. Br. at 25 ("the row-wrap-around connection must be made 'outside of the sensing area….'"). Neodron therefore has agreed to Defendants' proposed claim language, which is the original, verbatim claim language as shown in Row 5 above.

|   | Claim Term | Patent(s) Claim(s) | Plaintiff's Proposal | Samsung's Proposal |
|---|---|---|---|---|
| 7 | "to measure a parameter of the first variable resistance electrode" | '747 Patent Claims 10, 16 | Plain and ordinary meaning; no construction necessary: "to measure a parameter of the first variable resistance electrode" | Plain and ordinary meaning: "to measure a value determined by the resistance of the first variable resistance electrode" |

| | |
|---|---|
| Dated: June 12, 2020 | Respectfully submitted by: |

<table>
<tr><td>

 /s/ Reza Mirzaie
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Philip X. Wang (CA SBN 262239)
pwang@raklaw.com
Neil A. Rubin (CA SBN 250761)
Email: nrubin@raklaw.com
Amy E. Hayden (CA SBN 287026)
Email: ahayden@raklaw.com
Shani Williams (SBN 274509)
Email: swilliams@raklaw.com
Kristopher R. Davis (IL SBN 6296190)
Email: kdavis@raklaw.com
Christian W. Conkle (CA SBN 306374)
Email: cconkle@raklaw.com
Kent N. Shum (CA SBN 259189)
Email: kshum@raklaw.com
Jonathan Ma (CA SBN 312773)
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Fax: (310) 826-6991
Matthew D. Aichele (VA SBN 77821)
Email: maichele@raklaw.com
RUSS AUGUST & KABAT
800 Maine Avenue, SW, Suite 200
Washington, DC 20024
Phone: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for Plaintiff Neodron Ltd.*

</td><td>

/s/ *John M. Guaragna*
John M. Guaragna
Brian Erickson
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Sean C. Cunningham (*pro hac vice*)
Erin P. Gibson (*pro hac vice*)
Robert Williams (*pro hac vice*)
David R. Knudson (*pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite
1700 San Diego, CA
92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Erik Fuehrer (*pro hac vice*)
DLA PIPER LLP US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Barry K. Shelton
Texas State Bar No.
24055029 SHELTON
COBURN LLP 311 RR
620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone)
(512) 263-2166 (Facsimile)

*Counsel for Defendants*
*Microsoft Corporation and HP Inc.*

</td></tr>
</table>

/s/ *Nicholas J. Whilt*
Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Nicholas J. Whilt (Cal. Bar No. 247738)
nwhilt@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Marc J. Pensabene (N.Y. Bar No. 2656361)
mpensabene@omm.com
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

John C. Kappos
jkappos@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: 949-823-6900
Facsimile: 949-823-6994

Darin Snyder
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

*Attorneys for Defendants Samsung Electronics,*
*Co., Ltd. and Samsung Electronics America,*
*Inc.*

By: */s/ Michael J. Newton*
Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
mike.newton@alston.com
brady.cox@alston.com

Charles A. Naggar (*pro hac vice*)
NY Bar No. 5356449
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 11230
Phone: (212) 210-9400
Fax: (212) 210-9444
charles.naggar@alston.com

John M. Guaragna (TX Bar No. 24043308)
Brian K. Erickson (TX Bar No. 24012594)
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Phone: 512.457.7000
Fax: 512.457.7001
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com

Sean C. Cunningham (*pro hac vice*)
CA Bar No. 98895
Erin Gibson (*pro hac vice*)
CA Bar No. 229305
Robert Williams (*pro hac vice*)
CA Bar No. 246990
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone: 619.699.2700
Fax: 619.699.2701
sean.cunningham@dlapiper.com
erin.gibson@dlapiper.com
robert.williams@dlapiper.com

Jeffrey T. Lindgren (*pro hac vice*)
CA Bar No. 176400
Vasquez Benisek & Lindgren LLP
1550 Parkside Drive, Suite 130
Walnut Creek, CA 94596
925-627-4250
Fax: 925-403-0900
jlindgren@vbllaw.com

Richard C. Vasquez (*pro hac vice*)
CA Bar No. 127228
Vasquez Benisek & Lindgren LLP
1550 Parkside Drive, Suite 130
Walnut Creek, CA 94596
Phone: 925-627-4250
Fax: 925-403-0900
rvasquez@vbllaw.com

M. Craig Tyler
Perkins Coie LLP
500 W. 2nd Street
Suite 1900
Austin, TX 78701
Phone: 737.256.6100
Fax: 737.256.6300
CTyler@perkinscoie.com

Chao (Wendy) Wang (*pro hac vice*)
CA Bar No. 289325
NY Bar No. 5002704
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Phone: 650-838-4500
Fax: 650-838-4350
wwang@perkinscoie.com

Tariq Javed (*pro hac vice*)
DC Bar No. 1618071
Perkins Coie LLP
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005
Phone: 202-654-6200
Fax: 202-654-6211
TJaved@perkinscoie.com

*Attorneys for Defendant Dell Technologies Inc.*

*/s/ Nathan Sabri*
Stefani E. Shanberg (Texas Bar No. 24009955)
sshanberg@mofo.com
Nathan B. Sabri (*pro hac vice*)
nsabri@mofo.com
Robin Brewer (*pro hac vice*)
rbrewer@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000

*Attorneys for Defendant Amazon.com, Inc.*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed on June 12, 2020, pursuant to Local Rule CV-5(a) and has been served on all counsel whom have consented to electronic service. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Reza Mirzaie*
Reza Mirzaie