# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| NEODRON, LTD. | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00819-ADA |
| | § | |
| DELL TECHNOLOGIES, INC., DELL TECHNOLOGIES, INC., NEODRON, LTD. | § | |

## ORDER SETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION AND TRIAL** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, June 28, 2021 at 09:00 AM**.  All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 30th day of June, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE